34 N.J. 580 (1961)
170 A.2d 544
JOSEPH ROMMELL, PLAINTIFF-RESPONDENT,
v.
UNITED STATES STEEL CORPORATION, DEFENDANT-RESPONDENT, COMMERCIAL CONTRACTING CORPORATION, DEFENDANT-PETITIONER.
The Supreme Court of New Jersey.
May 15, 1961.
Messrs. Lenox, Giordano & Lenox and Mr. Richard J.S. Barlow, Jr., for the defendant-petitioner.
Messrs. Stryker, Tams & Dill, Mr. Burtis W. Horner and Mr. William T. Sutphin for the defendant-respondent.
Denied.